**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) **CR** 06 41 7 |
| | ) |
| v. | ) CR. No. |
| | ) In Violation of 8 U.S.C. |
| | ) §§ 1326(a) and (b)(1); |
| WILDIN RODRIGUEZ-MATOS | ) 18 U.S.C. §1542 |
|    aka "Hector Matos" | ) |
|    aka "Angel Febles" | ) |

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**
(Illegal Reentry by a Previously Deported Alien)

1.   On or about February 23, 2006, Defendant WILDIN
RODRIGUEZ-MATOS, aka "Hector Matos," aka "Angel Febles," an alien
who had previously been deported from the United States,
knowingly entered and was found in the District of Rhode Island
without having obtained the express consent of the Attorney
General of the United States to reapply for admission into the
United States.

All in violation of 8 U.S.C. §§ 1326(a) and (b)(1).

**COUNT 2**
(False Passport Application)

2.   On or about March 26, 2001, in the District of Rhode
Island, the defendant, WILDIN RODRIGUEZ-MATOS, aka "Hector
Matos," aka "Angel Febles," willfully and knowingly made a false
statement in an application for a passport with the intent to
induce and secure for his own use, the issuance of a passport

under the authority of the United States, contrary to the laws

regulating the issuance of such passports and the rules

prescribed pursuant to such laws, in that in such application the

defendant stated that (a) his true name was Hector Matos, (b)

that he was born in Puerto Rico, and (c) that his Social Security

number was ▮▮▮▮▮▮▮ all of which statements he knew to be

false.

     All in violation of 18 U.S.C. §1542.

**REDACTED**

_____
\Foreperson

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

_____
GERARD B. SULLIVAN
Assistant U.S. Attorney

_____
TERRENCE P. DONNELLY
Assistant U.S. Attorney

_3/22/06_____
DATE