AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA

v.

Wildin Rodriguez-Matos

APPEARANCE

CASE NUMBER: CR 06 41 T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Wildin Rodriguez - Matos

I certify that I am admitted to practice in this court.

3/24/06
*Date*

*Signature*

John M. Verdecchia 3374
*Print Name* *Bar Number*

1206 Westminster ST.
*Address*

Prov. RI 0209
*City* *State* *Zip Code*

453-0700 454-5557
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.