1139573

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

**UNITED STATES OF AMERICA**

v.

WILDIN RODRIGUEZ-MATOS

**WARRANT FOR ARREST**

CASE NUMBER: CR06-41T

RECEIVED
MAR 23 2006
US MARSHALS
RHODE ISLAND

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest WILDIN RODRIGUEZ-MATOS
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

ILLEGAL REENTRY AND FALSE PASSPORT APPLICATION

in violation of Title 8 United States Code, Section(s) 1326(a) and (b)(1) and 18:1542

JEANNINE THEALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

Signature of Issuing Officer

March 23, 2006 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ________ by ________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at Plymouth, MA by ICE | | |
| DATE RECEIVED 03/23/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 03/24/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.